DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JENNIFER E. CHOI, State Bar #184058
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3887
Facsimile:      (415) 554-3837
E-Mail:           jennifer.choi@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
PERRY HOLLIS AND MARTIN SCANLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CASTILLO,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, OFFICER PERRY HOLLIS, OFFICER SCANLAN, BADGE #04102, DETECTIVE KASTELL, COUNTY OF SAN MATEO, AND DOES 1-50,<br><br>        Defendants. | Case No. C05-00284 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE EARLY NEUTRAL EVALUATION**<br><br>Date Action Filed:   December 2, 2004<br>Trial Date:            March 6, 2006 |

On June 8, 2005, counsel for all parties participated in a phone conference with Gail Killefer, the ENE evaluator, to set a date for an ENE in the above-entitled case. The parties and Ms. Killefer conferred and determined that an ENE would be more productive after the party witnesses had been deposed. The depositions of all party witnesses are scheduled for mid to late July 2005. Pursuant to ADR Local Rule 5-5, however, the ENE must be held before July 21, 2005.

///

1  Pending this Court's approval, therefore, the parties and the assigned ENE evaluator
2  agree to extend the time to complete the ENE to **August 26, 2005.**

3

4  Dated:
5  _____
   Jeffrey A. Haas
   Counsel for Plaintiff Alexis Castillo

6

7  Dated:
8  */s/ Jennifer E. Choi*
   Jennifer E. Choi
   Counsel for Defendants CCSF, Martin Scanlan and
9  Perry Hollis

10

11  Dated:
12  */s/ David A. Silberman*
    David A. Silberman
    Counsel for Defendants County of San Mateo and
13  Detective Frank Kastell

14

15

16  Dated:
17  _____
    Gail Killefer
    Assigned ENE Evaluator

18

19  IT IS SO ORDERED.

20

21  July 12, 2005
    _____
22  WILLIAM H. ALSUP
    UNITED STATES DISTRICT JUDGE

    IT IS SO ORDERED
    Judge William Alsup

Stipulation to Extend Time to Complete ENE          2
Castillo v. CCSF, USDC No. C05-0284 WHA.                              n:\lit\li2005\050892\00315051.doc

1    Pending this Court's approval, therefore, the parties and the assigned ENE evaluator
2    agree to extend the time to complete the ENE to **August 26, 2005.**

4    Dated: 6/10/05

                   _____
                   Jeffrey A. Haas
                   Counsel for Plaintiff Alexis Castillo

8    Dated:

                   _____
                   Jennifer E. Choi
                   Counsel for Defendants CCSF, Martin Scanlan and
                   Perry Hollis

12    Dated:

                   _____
                   David A. Silberman
                   Counsel for Defendants County of San Mateo and
                   Detective Frank Kastell

16    ~~Dated:~~

                   _____
                   ~~Gail Killefer~~
                   ~~Assigned ENE Evaluator~~

IT IS SO ORDERED.

                   _____
                   WILLIAM H. ALSUP
                   UNITED STATES DISTRICT JUDGE

Stipulation to Extend Time to Complete ENE    2
Castillo v. CCSF, USDC No. C05-0284 WHA.      n:\lit\li2005\050892\00315051.doc
TOTAL P.03
JUN-10-2005 16:41    6507288469    97%    P.03