IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CASTILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO;<br>PERRY HOLLIS; MARTIN SCANLAN;<br>DAVID SMITH; RON ROTH; COUNTY OF<br>SAN MATEO; FRANK KASTELL;<br>SHERYL WOLCOTT; and DOES 1–50,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 05-00284 WHA<br><br>**ORDER RE MOTION TO FILE<br>UNDER SEAL DEFENDANTS'<br>MOTION IN LIMINE NO. 4** |

　　　Defendants have moved the Court to allow them to file under seal their motion to exclude allegations of bad acts. Such requests must be filed with the entire document the party wishes to file under seal, as well as a second copy for chambers. Civil L.R. 79-5(b)(3),(4). The Court made explicit that this rule would apply to the instant action (Court's Order Approving Stipulated Protective Order Subject To Stated Conditions, Dkt. 31). Defendants did not comply with Rule 79-5(b) in full. The motion therefore cannot be considered properly. No decision will issue until defendants comply. No order will issue until the third day after Rule 79-5(b) has

been complied with fully, to allow plaintiff time to oppose the motion. If plaintiff files a statement of non-opposition, the Court may decide the matter immediately upon compliance with Rule 79-5(b).

**IT IS SO ORDERED.**

Dated: February 14, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2