IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CASTILLO, | No. C 05-00284 WHA |
| Plaintiff, | |
| v. | **ORDER RE MOTIONS TO SHORTEN TIME AND TO BIFURCATE** |
| CITY AND COUNTY OF SAN FRANCISCO; PERRY HOLLIS; MARTIN SCANLAN; DAVID SMITH; RON ROTH; COUNTY OF SAN MATEO; FRANK KASTELL; SHERYL WOLCOTT; and DOES 1–50, | |
| Defendants. / | |

The Court will hear defendants' motion to bifurcate at the pretrial conference set for February 21, 2006. Plaintiff has until **NOON, FRIDAY, FEBRUARY 17, 2006**, to file any opposition brief.

This departure from the Local Rules' timeline for administrative motions is justified by the utility of considering the issue on the merits as soon as possible, given that trial is to begin March 6. The issue is one of procedure. It is simple and does not require extensive briefing. Therefore, the deviation from the Local Rules is slight, plaintiff is not prejudiced and substantial rights are not affected. *See Allen v. U. S. Fid. & Guar. Co.*, 342 F.2d 951, 954 (9th Cir. 1965) ("It is for the court in which a case is pending to determine, except as it is bound by precedents set by higher authority . . . what departures from . . . rules of court are so slight and unimportant that the sensible treatment is to overlook them."); *Nunley v. City of L.A.*, 52 F.3d 792, 795 (9th Cir. 1995) ("[A] district judge has broad discretion to depart from local rules

. . . where it makes sense to do so and substantial rights are not at stake.") (internal quotation marks omitted).

**IT IS SO ORDERED.**

Dated: February 15, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE