United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXIS CASTILLO,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO;
PERRY HOLLIS;  MARTIN SCANLAN;
DAVID SMITH;  RON ROTH;  COUNTY OF
SAN MATEO;  FRANK KASTELL;
SHERYL WOLCOTT;  and DOES 1–50,

        Defendants.

_____/

No. C 05-00284 WHA

**ORDER RE DEFENDANTS'
LETTER OF FEBRUARY 28**

The Court will not take defendants' word for what transpired at the pretrial conference.

Defendants should submit to the Court a copy of the relevant transcript pages upon their receipt.

**IT IS SO ORDERED.**

Dated:  March 1, 2006

                                      _____
                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE