1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   RONALD P. FLYNN, State Bar #184186
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-4268
   Facsimile:    (415) 554-3837
7  E-Mail:       robert.bonta@sfgov.org

8
   Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO,
   PERRY HOLLIS, MARTIN SCANLAN,
10 RON ROTH AND DAVID SMITH

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14 | ALEXIS CASTILLO,                          | Case No. C05-00284 WHA
15 |          Plaintiff,                       | **MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ORDER ALLOWING SHEARS THROUGH SECURITY;** [PROPOSED] **ORDER**
16 |     vs.                                   |
17 | CITY AND COUNTY OF SAN                    |
   | FRANCISCO, OFFICER PERRY                  |
18 | HOLLIS, OFFICER SCANLAN, BADGE            |
   | #04102, SGT. DAVID SMITH, CAPT.           |
19 | RON ROTH, DETECTIVE KASTELL,              |
   | COUNTY OF SAN MATEO, SHERLY               | Date Action Filed:   December 2, 2004
20 | WOLCOTT, AND DOES 1-50,                   | Trial Date:          March 6, 2006
21 |          Defendants.                      |

22
23
24
25
26
27
28

---

Proposed Order Allowing Shears Through Security          N:\LIT\LI2006\050892\00360917.DOC
Castillo v. CCSF, et al. – USDC No. C05-00284 WHA

1  Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants City and County of San Francisco, Perry Hollis, Martin Scanlan, Ron Roth and David Smith ("Defendants") seek an Order from the Court allowing a San Francisco Police Officer or an attorney at the San Francisco City Attorney's Office to bring a pair of shears through Court security for the trial in this matter.

As the Court is aware, plaintiff's claim that he was subjected to excessive force after he was arrested at San Francisco International Airport when a pair of shears was found in his luggage is set for trial beginning Monday March 6, 2006.  It is anticipated that the trial will last just a little over two weeks, or until sometime during the week of March 20, 2006.

Counsel for plaintiff does not object to this request.

Dated:  March 1, 2006

> DENNIS J. HERRERA
> City Attorney
> JOANNE HOEPER
> Chief Trial Deputy
> ROBERT A. BONTA
> Deputy City Attorney
>
> By:_____/s/_____
>     RONALD P. FLYNN
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO,
> PERRY HOLLIS, MARTIN SCANLAN,
> RON ROTH, AND DAVID SMITH

1  [Proposed] ORDER

2  GOOD CAUSE APPEARING, the administrative motion is ~~GRANTED~~ granted in part and denied in part. The Court

3  Orders the United States Marshals Service to allow a San Francisco Police Officer ~~or an attorney~~

4  ~~at the San Francisco City Attorney's Office~~ to bring a pair of shears through court security for the

5  trial in this matter.   \*\*\*

6  This Order remains valid only from March 6, 2006 until March 24, 2006.

7  IT IS SO ORDERED.

9  Dated:  March 2, 2006

11  By: 
Judge William Alsup

17  \*\*\* The shears shall be brought in only once, for purposes of making the shears an exhibit in the above-captioned case.  Once made an exhibit, the shears must remain at the courtroom for the duration of the trial.

3

~~Proposed~~ Order Allowing Shears Through Security
Castillo v. CCSF, et al. – USDC No. C05-00284 WHA

N:\LIT\LI2006\050892\00360917.DOC