1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   RONALD P. FLYNN, State Bar #184186
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-4268
   Facsimile:     (415) 554-3837
7  E-Mail:        robert.bonta@sfgov.org

8

   Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO,
   PERRY HOLLIS, MARTIN SCANLAN,
10 RON ROTH AND DAVID SMITH

11

12                     UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14 | ALEXIS CASTILLO,                              | Case No. C05-00284 WHA
15 |         Plaintiff,                            | **MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; [PROPOSED] ORDER**
16 |     vs.                                       |
17 | CITY AND COUNTY OF SAN FRANCISCO, OFFICER PERRY HOLLIS, OFFICER SCANLAN, BADGE #04102, SGT. DAVID SMITH, CAPT. RON ROTH, DETECTIVE KASTELL, COUNTY OF SAN MATEO, SHERLY WOLCOTT, AND DOES 1-50, |
   |                                               | Date Action Filed: December 2, 2004
   |                                               | Trial Date: March 6, 2006
21 |         Defendants.                           |

~~Proposed~~ Order Allowing Equipment Through Security            N:\LIT\LI2006\050892\00360933.DOC
Castillo v. CCSF, et al. – USDC No. C05-00284 WHA

1  Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants
2  City and County of San Francisco, Perry Hollis, Martin Scanlan, Ron Roth and David Smith
3  ("Defendants") seek an Order from the Court certain equipment the following equipment, to be
4  used at trial in this matter, through security:

- Elmo;
- Projector;
- Screen;
- Lap top computer, with speakers;
- Cassette player; and
- Extension cords.

Counsel for plaintiff does not object to this request.

Dated:  March 1, 2006

>
> DENNIS J. HERRERA
> City Attorney
> JOANNE HOEPER
> Chief Trial Deputy
> ROBERT A. BONTA
> Deputy City Attorney
>
>
> By: _____/s/_____
> RONALD P. FLYNN
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO,
> PERRY HOLLIS, MARTIN SCANLAN,
> RON ROTH, AND DAVID SMITH

[Proposed] ORDER

GOOD CAUSE APPEARING, the administrative motion is GRANTED. The Court Orders the United States Marshals Service to allow the following equipment through security:

- Elmo;
- Projector;
- Screen;
- Lap top computer, with speakers;
- Cassette player; and
- Extension cords.

IT IS SO ORDERED.

Dated: March 3, 2006

By: _____
Hon.
United

