Cliff Weingus, State Bar No. 96671
McTernan, Stender & Weingus
595 Market Street, Suite 1350
San Francisco CA 94105-2199
415-777-0313; Fax: 415-777-9380
cweingus@mcternanlaw.com

Jeffrey A. Haas, State Bar No. 61376
A Law Corporation
PO Box 370419
Montara CA 94037
650-728-1200; Fax: 650-728-8469
jahaaslc@comcast.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--o0o--

| | |
|---|---|
| ALEXIS CASTILLO<br><br>   Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.,<br><br>   Defendants.<br>_____/ | NO. C05-00284 WHA<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT AND SUPPLIES THROUGH SECURITY;** [PROPOSED] **ORDER** |

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, plaintiff Alexis Castillo, seeks an Order from the Court that the following equipment and supplies, to be used at trial, be permitted to pass through security:

 --Case Files, including bankers' boxes and briefcases containing them;

 --Rolling carts for transporting boxes and briefcases;

 --Cassette player;

 --Extension cords;

 --Binders;

 --Paper clips, including binder clips;

 --Staplers and staples;

 --Easel

1     --Exhibit blow-ups

2   Counsel for defendants do not object to this request.

3   Dated: March 1, 2006            Respectfully submitted,

4                                     McTERNAN, STENDER & WEINGUS
5                                     JEFFREY A. HAAS LAW CORPORATION

6                                By      /s/ Cliff Weingus
7                                           Cliff Weingus
                                        Attorneys for Plaintiff

8                           [Proposed] ORDER

9   GOOD CAUSE APPEARING, plaintiff's administrative motion is GRANTED. The Court

10 orders the United States Marshals to allow the following equipment and supplies through security:

11     --Case Files, including bankers' boxes and briefcases containing them;

12     --Rolling carts for transporting boxes and briefcases;

13     --Cassette player;

14     --Extension cords;

15     --Binders;

16     --Paper clips, including binder clips;

17     --Staplers and staples;

18     --Easel

19     --Exhibit blow-ups

20   IT IS SO ORDERED.

22   Dated: March 3, 2006

23                                       By
24                                       Hon.
                                      United