**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CASTILLO,  Plaintiff,  v.  CITY AND COUNTY OF SAN FRANCISCO, ET AL.,  Defendant. | No. C 05-00284 WHA  **ORDER TO JURY COMMISSIONER** |

IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

Dated: March 9, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE