1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXIS CASTILLO,                                    No. C 05-00284 WHA

　　　　　Plaintiff,

　v.                                                    **SPECIAL VERDICT FORM**

CITY AND COUNTY OF SAN FRANCISCO
and PERRY HOLLIS,

　　　　　Defendants.

_____/

　　　We, the jury in the above-entitled action, unanimously find as follows:


　　1.　　Has plaintiff Alexis Castillo proven by a preponderance of the evidence that

defendant Perry Hollis used excessive force on plaintiff?

　　　　　_____Yes　　　　　_____No

　　　*If the answer to Question 1 is "Yes," please proceed to Question 2 through 4.  If the*

*answer to Question 1 is "No," you should not complete Questions 2 through 4.  The foreperson*

*should sign and date the form.*


　　2.　　Has plaintiff proven by a preponderance of the evidence that the use of excessive

force by Officer Hollis was a result of an official policy of defendant City and County of

San Francisco?

　　　　　_____Yes　　　　　____No

3.     What are damages has plaintiff proven by a preponderance of the evidence?

A.     Past and future medical care:          $ _____

B.     Past loss of wages:                    $ _____

C.     Past and future pain and suffering:    $ _____

D.     Nominal damages:                       $ _____

4.     Has plaintiff proven by a preponderance of the evidence that Officer Hollis's actions were malicious, oppressive or in reckless disregard of the plaintiff's rights?

____Yes          ____No

*Please sign, date and return this form.*

Dated: _____

_____
FOREPERSON

**United States District Court**
For the Northern District of California

2