IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CASTILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO<br>and PERRY HOLLIS,<br><br>    Defendants.<br>                                            / | No. C 05-00284 WHA<br><br>**SPECIAL VERDICT FORM** |

We, the jury in the above-entitled action, unanimously find as follows:

1.    Has plaintiff Alexis Castillo proven by a preponderance of the evidence that defendant Perry Hollis used excessive force on plaintiff?

        _____Yes        \_\_\_\_\_No

*If the answer to Question 1 is "Yes," please proceed to Question 2 through 3.  If the answer to Question 1 is "No," you should <u>not</u> complete Questions 2 through 3.  The foreperson should sign and date the form.*

2.    Has plaintiff proven by a preponderance of the evidence that the use of excessive force by Officer Hollis was a result of an official policy of defendant City and County of San Francisco?

        \_\_\_\_\_Yes        \_\_\_\_No

3. What damages has plaintiff proven by a preponderance of the evidence after consideration of any failure to mitigate damages?

  A. Past and future medical care: $ _____

  B. Past loss of wages: $ _____

  C. Past and future pain and suffering: $ _____

  D. Nominal damages: $ _____

*Please sign, date and return this form.*

Dated:                _____
                         FOREPERSON