IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXIS CASTILLO,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO; PERRY HOLLIS; MARTIN SCANLAN; DAVID SMITH; RON ROTH; COUNTY OF SAN MATEO; FRANK KASTELL; SHERYL WOLCOTT; and DOES 1–50,

    Defendants.

        No. C 05-00284 WHA

**ORDER RE SHEARS RELEASE**

Pursuant to the stipulation of the parties, defendants' trial exhibit 105, consisting of the metal shears found in Alexis Castillo's carry-on luggage on December 4, 2003, Is **ORDERED RELEASED TO COUNSEL FOR DEFENDANTS**, Robert Bonta, subject to examination by plaintiff upon reasonable notice.

**IT IS SO ORDERED.**

Dated: March 21, 2006

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE