IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CASTILLO,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; PERRY HOLLIS; MARTIN SCANLAN; DAVID SMITH; RON ROTH;  COUNTY OF SAN MATEO; FRANK KASTELL; SHERYL WOLCOTT;  and DOES 1–50,<br><br>  Defendants. | No. C 05-00284 WHA<br><br>**REQUEST FOR RESPONSE RE CLAIM OF EXEMPTION** |

The Court has received a "Claim of Exemption" filed by plaintiff Alexis Castillo. This may have been filed in response to the writ of execution filed on February 7, 2007. It appears to have been filed without the assistance of counsel and is on a form recognized by California state court. The claim is not on a form recognized by this district.

By **THURSDAY, APRIL 19, 2007**, Mr. Weingus, who is apparently still representing plaintiff on appeal, must file a statement explaining the purpose of this filing and whether there is a request for action by the Court.

**IT IS SO ORDERED.**

Dated: April 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE