IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CASTILLO,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; PERRY HOLLIS; MARTIN SCANLAN; DAVID SMITH; RON ROTH;  COUNTY OF SAN MATEO; FRANK KASTELL; SHERYL WOLCOTT;  and DOES 1–50,<br><br>  Defendants.<br>_____/ | No. C 05-00284 WHA<br><br>**ORDER RE SERVICE ON PLAINTIFF** |

Based on Mr. Weingus's response filed April 17, 2007, it is unclear whether Mr. Weingus is representing plaintiff for the collection issue currently pending.  The Clerk is hereby **DIRECTED** to include plaintiff on the service list for this action:  Alexis Castillo, 148 37th Ave. Apt. 8, San Mateo, California 94403.  All filings in this case must be served on both Mr. Weingus and Mr. Castillo until Mr. Weingus is officially terminated as counsel.

**IT IS SO ORDERED.**

Dated: May 3, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE