IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CASTILLO, | No. C 05-0284 WHA (MEJ) |
| Plaintiff(s), | **ORDER FOR PARTIES TO FILE JOINT STATUS STATEMENT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendant(s). | |

This matter has been referred "for all proceedings related to the claim of exemption and notice of opposition to claim of exemption." So as to assist the Court in its decision on any pending issues, the parties shall file a **joint** status statement. In their statement, the parties shall identify the pending issues that have been referred, including citation to any documents by docket number, and how they wish for the Court to proceed on said issues.

**IT IS SO ORDERED.**

Dated: May 11, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CASTILLO,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO et al,

        Defendant.

Case Number: CV05-00284 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexis Castillo
148 37th Ave., Apt. 8
San Mateo, CA 94403

Dated: May 11, 2007

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

Page 2 of 2