IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CASTILLO,<br><br>      Plaintiff(s),<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>      Defendant(s). | No. C 05-0284 WHA (MEJ)<br><br>**ORDER SCHEDULING HEARING RE: PLAINTIFF'S CLAIM OF EXEMPTION** |

The Court is in receipt of the parties' Joint Status Statement regarding plaintiff Alexis Castillo's Claim of Exemption. The Court shall conduct a hearing on Castillo's claim on June 7, 2007, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 21, 2007

                                              MARIA-ELENA JAMES<br>
                                              United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CASTILLO,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO
et al,

        Defendant.

Case Number: CV05-00284 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexis Castillo
148 37th Ave., Apt. 8
San Mateo, CA 94403

Dated: May 21, 2007

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

Page 2 of 2