DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
RONALD P. FLYNN, State Bar #184186
LEONOR NOGUEZ, State Bar #152905
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3854
Facsimile:     (415) 554-3837
E-Mail:        leonor.noguez@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.


CLIFF WEINGUS, State Bar #96671
McTERNAN, STENDER & WEINGUS
595 Market Street, Suite 1350
San Francisco, CA 94105-2199
Telephone:     415/777-0313
Facsimile:     415/777-9380
E-Mail:        cweingus@mcternanlaw.com

Jeffrey A. Haas, State Bar #61376
A Law Corporation
P. O. Box 370419
Montara, CA  94037
Telephone:     650/728-1200
Facsimile:     650/728-8469
jahaasalc@comcast.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CASTILLO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | Case No. C05-00284 WHA (MEJ)<br><br>**STIPULATION AND ORDER RE WAGE GARNISHMENT**<br><br>Date Action Filed:　December 2, 2004<br>Trial Date:　　　　　March 6, 2006 |

This matter is currently set for hearing at 10:00 a.m. on June 7, 2007, in Courtroom B, before the Honorable Maria-Elena James, United States Magistrate Judge, to consider the defendant, Alexis Castillo's claim of exemption from wage garnishment.  The parties Alexis Castillo, plaintiff/debtor (Debtor), and the City and County of San Francisco, defendant/creditor (Creditor), in an effort to resolve the matter have agreed to enter into a stipulation to accept payment from Debtor under the following terms and conditions.

**STIPULATION**

1. On August 28, 2006, the Court entered costs as part of the judgment in the above-entitled action in favor of City and County of San Francisco, Perry Hollis, County of San Mateo, Frank Kastell, Sheryl Wolcott, Martin Scanlan, David Smith and Ron Roth, and against Alexis Castillo in the amount of $10,501.97 ("costs portion of the judgment").

2. Debtor is currently subject to a wage garnishment to pay the costs portion of the judgment in this case to Creditor, Levying Officer File Number C05-0284; the writ of execution as to Debtor issued on February 7, 2007.

3. Debtor's current employer pays him every two weeks.  Debtor will pay $75 to Creditor per pay period, through wage garnishment, until Debtor pays Creditor the full amount of the costs portion of the judgment plus interest.

4. This costs portion of the judgment bears interest at the rate of 5.06 percent per annum, from the date of entry, August 28, 2006, until the costs portion of the judgment is paid in full.

5. Debtor can pay more if he chooses, but not less than $75 per pay period every two weeks, through wage garnishment.

6. Debtor can pay the full balance owed, plus accrued interest, at anytime.

7. Debtor agrees that he will notify Creditor in writing, of any change in his employment and his new employer's name and address within 10-days of obtaining any new or subsequent employment.

8. Debtor agrees that he will not object to Creditor obtaining any subsequent wage garnishments against him with any subsequent employers until the costs portion of the judgment,

1  plus interest, is paid in full.  Debtor reserves the right to file a claim of exemption to the amount
2  withheld to the extent that it exceeds $75 every two weeks.  Creditor reserves and retains all
3  rights to contest the claim of exemption and/or any other of Debtor's objections.

4      9.    Debtor agrees that Creditor may use any legal means available to collect its
5  judgment plus interest, and is not limited to collection by way of wage garnishment.  Debtor
6  reserves his legal rights to contest collection.

7      10.    Debtor agrees that the payment terms of this Stipulation are not retroactive and
8  will take effect with the first pay date following the filing of this Stipulation with the Court and
9  subsequent notice to Debtor's employer.

10      11.    Debtor reserves all rights to seek a court order to terminate his obligations
11  hereunder and to recoup money previously deducted from his paychecks based upon the outcome
12  of his pending appeal in this action.

13  Dated:  June 6, 2007

15          McTERNAN, STENDER & WEINGUS, and
        JEFFREY A HAAS LAW CORP.

17  By:    /s/
    CLIFF WEINGUS

18  Attorneys for Plaintiff/Debtor
19  ALEXIS CASTILLO

20  Dated:  June 6, 2007

21  DENNIS J. HERRERA
City Attorney
22  JOANNE HOEPER
Chief Trial Deputy
23  LEONOR NOGUEZ
Deputy City Attorneys

25  By:    /s/
    LEONOR NOGUEZ

26  Attorneys for Defendant/Creditor
27  CITY AND COUNTY OF SAN FRANCISCO

28  ///

## ORDER

GOOD CAUSE appearing, pursuant to the above stipulation by the parties,

**IT IS HEREBY ORDERED** that Debtor will pay Creditor $75 per pay period, every two weeks, as a garnishment of his wages, until the Creditor's costs portion of the judgment plus interest is paid in full.  The June 7, 2007 hearing is VACATED.

DATED: June 6, 2007

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I, COLLEEN M. GARRETT, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On June 6, 2007, I served the following document(s):

**STIPULATION AND ORDER RE WAGE GARNISHMENT**

on the following persons at the locations specified:

**ALEXIS CASTILLO**
**148 37th Avenue, Apt. 8**
**San Mateo, CA  94403**

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed June 6, 2007, at San Francisco, California.

**COLLEEN M. GARRETT**